UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| VERNESTA JOHNSON, et al., | No. C 12-01725 LB |
| Plaintiffs, | **ORDER (1) TO SHOW CAUSE RE: FAILURE TO PROSECUTE AND (2) CONTINUING THE FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

On December 18, 2012, after a settlement conference with Judge Spero, the parties entered into a settlement agreement that is subject to approval of the city counsel. *See* 12/18/2012 Minute Order, ECF No. 18. Since then, nothing seems to have been done, at least according to the record in this case, despite a joint case management conference statement being due yesterday. *See generally* Docket.

Accordingly, the court **ORDERS** Plaintiffs to show cause why this action should not be dismissed for failure to prosecute. Plaintiffs **SHALL** do so by filing a written response no later than Thursday, March 7, 2013. The court **SETS** a show cause hearing for Thursday, March 21, 2013 at 11:00 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102. If the parties file a stipulation of dismissal before March 7, 2013, the show cause hearing will be vacated.

In light of this order, the court **CONTINUES** the February 28, 2013 case management conference to April 11, 2013 at 10:30 a.m. in Courtroom C, 15th Floor, United States District Court,

1  450 Golden Gate Avenue, San Francisco, California, 94102.

2  **IT IS SO ORDERED.**

3  Dated: February 25, 2013

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California