UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| VERNESTA JOHNSON, et. al., | No. C 12-01725 LB |
| Plaintiffs, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| CITY OF OAKLAND, et. al., | [Re: ECF Nos. 19, 20] |
| Defendants. | |

On December 18, 2012, after a settlement conference with Judge Spero, the parties entered into a settlement agreement that is subject to approval of the city counsel. *See* 12/18/2012 Minute Order, ECF No. 18. On February 25, 2013, after hearing nothing, the court ordered the Plaintiffs to show cause why the action should not be dismissed for failure to prosecute. Order to Show Cause, ECF No. 19. Plaintiffs responded stating Plaintiffs' counsel had conferred with Defendants' counsel and were advised that the settlement would most likely be placed on calendar for the next closed session of the Defendants' City Council. *See* Response to Order to Show Cause, ECF No. 20. Plaintiffs also made a request to remove the March 21, 2013 order to show cause hearing from the court's calendar and keep the April 11, 2013 case management conference appearance date to allow the parties to provide a case update to the court. *Id.*

These are reasonable requests. Good cause appearing, the court **DISCHARGES** the order to show cause and **VACATES** the March 21, 2013 order to show cause hearing. As the April 11, 2013 case management conference remains on the court's calendar, the court reminds the parties that a

1 joint case management conference statement must be filed by April 4, 2013.

2 **IT IS SO ORDERED.**

3 Dated: March 7, 2013

4 _____
LAUREL BEELER
United States Magistrate Judge