**JOHN L. BURRIS, Esq. SBN 69888**
**ADANTÉ D. POINTER Esq. SBN 236229**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com

Attorneys for Plaintiffs
Vernesta Johnson, Rubina Munaf,
Guardian *Ad Litem* of S.M.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNESTA JOHNSON, individually and as the personal representative of the ESTATE OF ARTHUR RALEIGH; RUBINA MUNAF, individually and as the Guardian *Ad Litem* of S.M.; and the ESTATE OF ARTHUR RALEIGH<br><br>      Plaintiffs,<br><br>  vs.<br><br>CITY OF OAKLAND, a municipal entity; ANTHONY BATTS, in his official capacity as Chief of Police for the CITY OF OAKLAND; BRYAN FRANKS, individually and in his official capacity as a police officer for CITY OF OAKLAND; JAMES PULSIPHER, individually and in his official capacity as police officer for the CITY OF OAKLAND and DOES 1-50, inclusive.<br><br>      Defendants. | CASE NO.:  3:12-CV-01725 LB<br><br><br>REQUEST & [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE |

REQUEST & [PROPOSED] ORDER TO DISMISS ACTION

- 1

1

2       Pursuant to the fully executed Settlement Agreement and Release, Plaintiffs, VERNESTA

3   JOHNSON, individually and as the personal representative of the ESTATE OF ARTHUR

4   RALEIGH; RUBINA MUNAF, individually and as the Guardian Ad Litem of S.M.; hereby

5   respectfully request that this action be dismissed with prejudice as provided for under FRCP 41(a)(2).

6       Plaintiff RUBINA MUNAF as guardian ad litem for S.M. intends to submit a Petition to

7   Compromise SM'S Claims for Court approval within the next 30 days.

8

9   DATED:  August 7, 2013

10

11                          LAW OFFICES OF JOHN L. BURRIS

12

13

14                          By: _____/s/_____
                                 ADANTE D. POINTER
15                               Attorneys for Plaintiffs

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST & [PROPOSED] ORDER TO DISMISS ACTION

- 2

1

## [PROPOSED] ORDER

2

3

    IT IS HEREBY ORDERED that this action be dismissed with prejudice.

4

5

6  **IT IS SO ORDERED.**

7

    Date: August 8, 2013                    _____

8

9                                           HONORABLE LAUREL BEELER
                                            UNITED STATES DISTRICT COURT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28